POR CUANTO, la corte no halla mérito alguno en la oposición de la demandada-apelante,

POR TANTO, se desestima la apelación.

No. 5328.—CUEVAS, ET ALS., apldos., v. GÓMEZ, aplte.—C. D. Aguadilla. Daños y perjuicios. Mayo 26, 1930.

No. 5144.—GROVAS, tercerista-apldo., v. TORRES y PORTO RICO RACING CORPORATION, aplte el primero,—C. D. Ponce. Tercería. Mayo 29, 1930.

No. 5352.—CORREA, ETC., aplda., v. PORTO RICO RAILWAY, LIGHT & POWER Co., aplte.—C. D. San Juan. Daños y perjuicios. Junio 4, 1930.

No. 811.—MARTORELL, recurrente, v. EL REGISTRADOR DE SAN JUAN, SECCIÓN SEGUNDA, recurrido.—Recurso gubernativo. Junio 26, 1930.

No. 5379.—VILLAR & Co., INC., aplda., v. HANSON, aplte.—C. D. San Juan. Daños y perjuicios. Junio 27, 1930.

No. 5188.—AVILÉS, apldo., v. ANDRÉU AGUILAR & Co., INC., aplte.—C. D. Aguadilla. Daños y perjuicios. Julio 1, 1930.

No. 5376.—COLLAZO, aplte., v. EL PUEBLO, apldo.—C. D. Guayama. Dominio. Julio 7, 1930.

No. 5374.—HÉRETER, aplte., v. REGUERO GONZÁLEZ, ET ALS., apldos.—C. D. San Juan. *Injunction.* Julio 8, 1930.

No. 5404.—LESSESNE, SÍNDICO, aplte.-apldo., v. PORTO RICO DRUG Co. RETAIL INC., ETC., apldos.-apltes.—C. D. San Juan. Julio 30, 1930.

No. 5111.—PIZARRO, ET AL., aplts., v. PIZARRO ET AL., apldos.—C. D. San Juan. Reclamación de propiedad inmueble y otros extremos. Agosto 6, 1930.

No. 5259.—PADRÓ, VDA. DE PACHECO, aplte.—C. D. Arecibo. Administración judicial. Agosto 6, 1930.

No. 5412.—PIÑEIRO, apldo., v. BLANCO, aplte.—C. D. Humacao. Cobro de honorarios. Agosto 11, 1930.